IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE KENNEDY COLLECTIVE,<br><br>       Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)      No. 23-1987 C<br>)      Judge Holte<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of _____Andrew Hunter_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Andrew Hunter
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/ Andrew Hunter
ANDREW HUNTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-4726
Facsimile:  (202) 307-0972
Email: Andrew.Hunter@usdoj.gov

Dated: January 16, 2024